PER CURIAM.

(No. 74-CC-453—Claimant )

KIMMEL-JENSEN AND ASSOCIATES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 2, 1974.*

KIMMEL-JENSEN AND ASSOCIATES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.